UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN DAVID TORRES VASQUEZ, <br><br> Petitioner, <br><br> v. <br><br> CHAD WOLF, ET AL., <br><br> Respondent. | Case No. EDCV 20-1367-TJH (KK) <br><br><br> ORDER TO SHOW CAUSE |

On July 8, 2020, Petitioner filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody.  ECF Docket No. ("Dkt") 1.  On July 14, 2020, the Court issued an Order requiring an Answer/Return to Claims One and Three of the Petition be filed not later than August 13, 2020.  Dkt. 5.  As of this date, Respondent has not complied with the July 14, 2020 Order.

Accordingly, Respondent is ORDERED TO SHOW CAUSE in writing, **on or before August 28, 2020**, why Respondent has failed to file an Answer.  Respondent is cautioned failure to timely respond to this Order may result in entry of default, pursuant to Federal Rule of Civil Procedure 55(a), and/or sanctions.

Dated:  August 14, 2020

HONORABLE KENLY KIYA KATO
United States Magistrate Judge